UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 97-6645

MICHAEL ANTHONY DUNCAN,

Petitioner - Appellant,

versus

BISHOP L. ROBINSON, Secretary; ATTORNEY GEN-
ERAL OF THE STATE OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-97-822-JFM)

Submitted: February 12, 1998      Decided: February 26, 1998

Before MURNAGHAN and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Michael Anthony Duncan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his second petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.[*] <u>Duncan v. Robinson</u>, No. CA-97-822-JFM (D. Md. Mar. 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We note that, before Appellant files any subsequent habeas petitions in the district court, he must seek authorization to file a successive petition with this court, pursuant to 28 U.S.C.A. §§ 2244, 2254 (West 1994 & Supp. 1997).

2